UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE SILVIA, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>VERIZON COMMUNICATIONS, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-04677-PSG<br><br>**ORDER RE: DEFENDANTS' MOTION TO EXTEND MEDIATION DEADLINE**<br><br>**(Re:  Docket No. 32)** |

Earlier this week, the four Defendants in this case filed a motion to extend the deadline to conduct mediation.[1] Defendants indicate that Plaintiffs Debbie Silvia and John Vieira object to the proposed deadline.[2] Plaintiffs shall have until Monday, March 14, 2016 to file any opposition to the motion. No replies will be permitted. The court will then rule on the papers without a hearing, pursuant to Civ. L.R. 7-1(b).

**SO ORDERED.**

Dated: March 10, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 32.

[2] *See id.* at 3.

1
Case No. 15-cv-04677-PSG
ORDER RE: DEFENDANTS' MOTION TO EXTEND MEDIATION DEADLINE