1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISON

| | |
|---|---|
| DEBBIE SILVA, an individual, and JOHN W. VIEIRA, an individual, on their own behalf and in the interest of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>VERIZON COMMUNICATIONS, INC.; VERIZON CALIFORNIA, INC.; ENGINEERING ASSOCIATES, INC.; and EA TECHNICAL SERVICES, INC.,<br><br>Defendants. | Case No. 5:15-CV-04677-PSG<br><br>[PROPOSED] ORDER RE DEFENDANT VERIZON CALIFORNIA, INC.'S NOTICE OF SUBSTITUTION OF COUNSEL<br><br>CIVIL L.R. 11-5 |

26  / / /

27  / / /

28

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER RE
NOTICE OF SUBSTITUTION OF COUNSEL
5:15-CV-04677-PSG

DB1/ 87543614.1

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that the law firm of Jones Day is hereby withdrawn as counsel of record for Verizon California, Inc.

**IT IS FURTHER ORDERED** that Barbara A. Fitzgerald, Jason S. Mills, Joseph V. Marra III, and Lisa M. Carrillo of the law firm of Morgan Lewis & Bockius LLP, be substituted as counsel of record for Defendant Verizon California, Inc.

Dated: May __4__, 2016.          By _/s/ Paul S. Grewal_
                                    Honorable Paul Singh Grewal

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS, LLP

By ___/s/ Joseph V. Marra III___
   Barbara A. Fitzgerald
   Jason S. Mills
   Joseph V. Marra III
   Lisa M. Carrillo

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

_____/s/ Joseph V. Marra III_____

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES
DB1/ 87543614.1

2

[PROPOSED] ORDER RE
NOTICE OF SUBSTITUTION OF COUNSEL
5:15-CV-04677-PSG