BRIAN D. BERTOSSA, ESQ. (SBN 138388)
Email:  bbertossa@cookbrown.com
STEPHEN R. McCUTCHEON, JR. ESQ. (SBN 191749)
Email:  smccutcheon@cookbrown.com
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA  95814
TELEPHONE NO.:  916-442-3100
FACSIMILE NO.:  916-442-4227

Attorneys for Defendant ENGINEERING ASSOCIATES, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBBIE SILVIA, an individual, and JOHN W. VIEIRA, an individual, on their own behalf and in the interest of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.; VERIZON CALIFORNIA, INC.; ENGINEERING ASSOCIATES, INC.; EA TECHNICAL SERVICES, INC.; and DOES 1-50,<br><br>Defendants. | Case No.:  3:15-CV-04677-JSC<br><br>**DEFENDANT ENGINEERING ASSOCIATES, LLC 'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:      July 13, 2016<br>Time:     1:30 p.m.<br>Judge:   Hon. Jacqueline Scott Corley<br>             San Francisco Courthouse<br>             Courtroom F, 15th Floor<br>             450 Golden Gate Avenue<br>             San Francisco, CA  94102 |

Defendant ENGINEERING ASSOCIATES, LLC respectfully request the Court's permission to appear by telephone at the Case Management Conference scheduled for July 13, 2016 at 1:30 p.m.  Counsel for Defendant, Stephen R. McCutcheon, Jr. will be available by telephone by calling direct number (916) 329-3608.

DATED: July 7, 2016

COOK BROWN, LLP
BRIAN D. BERTOSSA, ESQ.
STEPHEN R. McCUTCHEON, JR., ESQ.

By:  /s/ Stephen R. McCutcheon, Jr.,
Attorneys for Defendant
ENGINEERING ASSOCIATES, LLC

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that Defendant's counsel is permitted to appear by telephone at the Case Management Conference scheduled for July 13, 2016 at 1:30 p.m. Counsel shall contact Court Call at 1-888-882-6878 to make the arrangements to appear by telephone.

Dated: July 8, 2016

*Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
United States Magistrate Judge