1  BRIAN D. BERTOSSA, ESQ. (SBN 138388)
   Email:  bbertossa@cookbrown.com
2  STEPHEN R. McCUTCHEON, JR. ESQ. (SBN 191749)
   Email:  smccutcheon@cookbrown.com
3  COOK BROWN, LLP
   555 CAPITOL MALL, SUITE 425
4  SACRAMENTO, CALIFORNIA  95814
   TELEPHONE NO.: 916-442-3100
5  FACSIMILE NO.: 916-442-4227

6  Attorneys for Defendant ENGINEERING ASSOCIATES, LLC

7

8

9              UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

11

| | |
|---|---|
| DEBBIE SILVIA, an individual, and JOHN W. VIEIRA, an individual, on their own behalf and in the interest of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.; VERIZON CALIFORNIA, INC.; ENGINEERING ASSOCIATES, INC.; EA TECHNICAL SERVICES, INC.; and DOES 1-50,<br><br>Defendants. | Case No.: 3:15-CV-04677-JSC<br><br>**DEFENDANT ENGINEERING ASSOCIATES, LLC 'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION HEARING AND [PROPOSED] ORDER**<br><br>Date:  August 4, 2016<br>Time:  9:00 a.m.<br>Judge: Hon. Jacqueline Scott Corley<br>San Francisco Courthouse<br>Courtroom F, 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA  94102 |

Defendant ENGINEERING ASSOCIATES, LLC respectfully request the Court's permission to appear by telephone at the Motion Hearing scheduled for August 4, 2016 at 9:00 a.m.  Counsel for Defendant, Brian D. Bertossa, will be available by telephone for this hearing.

DATED: July 14, 2016                COOK BROWN, LLP
                                    BRIAN D. BERTOSSA, ESQ.
                                    STEPHEN R. McCUTCHEON, JR., ESQ.

                                    By:  /s/  Brian D. Bertossa
                                         Attorneys for Defendant
                                         ENGINEERING ASSOCIATES, LLC

# [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that Defendant's counsel is permitted to appear by telephone at the Motion Hearing scheduled for August 4, 2016 at 9:00 a.m.

Counsel shall contact Court Call at 1-888-882-6878 to make the arrangements to appear by telephone.

Dated: July 15, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge