1  BRIAN D. BERTOSSA, ESQ. (SBN 138388)
   Email:  bbertossa@cookbrown.com
2  STEPHEN R. McCUTCHEON, JR. ESQ. (SBN 191749)
   Email:  smccutcheon@cookbrown.com
3  COOK BROWN, LLP
   555 CAPITOL MALL, SUITE 425
4  SACRAMENTO, CALIFORNIA  95814
   TELEPHONE NO.: 916-442-3100
5  FACSIMILE NO.: 916-442-4227

6  Attorneys for Defendant ENGINEERING
   ASSOCIATES, LLC
7

8

9                    UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

11

| 12 | DEBBIE SILVIA, an individual, and JOHN W. VIEIRA, an individual, on their own behalf and in the interest of the general public, | Case No.: 3:15-CV-04677-JSC |
|---|---|---|
| 13 | | **DEFENDANT ENGINEERING ASSOCIATES, LLC 'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION HEARING AND [PROPOSED] ORDER** |
| 14 | | |
| 15 | Plaintiffs, | |
| 16 | v. | Date: August 4, 2016<br>Time: 9:00 a.m. |
| 17 | VERIZON COMMUNICATIONS, INC.; VERIZON CALIFORNIA, INC.; ENGINEERING ASSOCIATES, INC.; EA TECHNICAL SERVICES, INC.; and DOES 1-50, | Judge: Hon. Jacqueline Scott Corley<br>San Francisco Courthouse<br>Courtroom F, 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA  94102 |
| 18 | | |
| 19 | Defendants. | |
| 20 | | |

21       Defendant ENGINEERING ASSOCIATES, LLC respectfully request the Court's

22  permission to appear by telephone at the Motion Hearing scheduled for August 4, 2016 at

23  9:00 a.m.  Counsel for Defendant, Brian D. Bertossa, will be available by telephone for this

24  hearing.

25  DATED: July 14, 2016                    COOK BROWN, LLP
                                            BRIAN D. BERTOSSA, ESQ.
26                                          STEPHEN R. McCUTCHEON, JR., ESQ.

27                                          By:  /s/  Brian D. Bertossa
                                                 Attorneys for Defendant
28                                               ENGINEERING ASSOCIATES, LLC

REQUEST TO APPEAR AT MOTION HEARING BY TELEPHONE

O:\94559\9612\Pld-Federal\Phone Appearance Req-Order-Motion.docx           1

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Defendant's counsel is permitted to appear by telephone at the Motion Hearing scheduled for August 4, 2016 at 9:00 a.m.

Counsel shall contact Court Call at 1-888-882-6878 to make the arrangements to appear by telephone.

Dated: July 27, 2016

*Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
United States Magistrate Judge