MORGAN, LEWIS & BOCKIUS LLP
BARBARA A. FITZGERALD, SBN 151038
bfitzgerald@morganlewis.com
JASON S. MILLS, SBN 225126
jason.mills@morganlewis.com
JOSEPH V. MARRA III, SBN 238181
joseph.marra@morganlewis.com
LISA M. CARRILLO, SBN 280125
lcarrillo@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Attorneys for Defendant
FRONTIER CALIFORNIA INC.,
(*formerly known as* VERIZON CALIFORNIA, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBBIE SILVIA, an individual, and JOHN W. VIEIRA, an individual, on their own behalf and in the interest of the general public,

Plaintiffs,

v.

VERIZON COMMUNICATIONS, INC.; VERIZON CALIFORNIA, INC.; ENGINEERING ASSOCIATES, INC.; and EA TECHNICAL SERVICES, INC.,

Defendants.

Case No. 3:15-cv-04677-JSC

**DEFENDANT FRONTIER CALIFORNIA INC.'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION HEARING AND [~~PROPOSED~~] ORDER**

**Date:** **August 4, 2016**
**Time:** **9:00 a.m.**
**Judge:** **Hon. Jacqueline Scott Corley**
**San Francisco Courthouse**
**Courtroom F, 15th Floor**
**450 Golden Gate Avenue**
**San Francisco, CA 94102**

Defendant Frontier California, Inc. (formerly known as Verizon California, Inc.) respectfully requests the Court's permission to appear by telephone at the Motion Hearing scheduled for August 4, 2016 at 9:00 a.m. Counsel for Defendant, Joseph V. Marra III, will be available by telephone for this hearing.

Dated: July 20, 2016

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Joseph V. Marra III

Barbara A. Fitzgerald
Jason S. Mills
Joseph V. Marra III
Lisa M. Carrillo

Attorneys for Defendant
FRONTIER CALIFORNIA INC.
(fka VERIZON CALIFORNIA, INC.)

**~~[PROPOSED~~] ORDER**

**IT IS HEREBY ORDERED** that Defendant's counsel is permitted to appear by telephone at the Motion Hearing scheduled for August 4, 2016 at 9:00 a.m.

Counsel shall contact Court Call at 1-888-882-6878 to make the arrangements to appear by telephone.

Dated: July 27, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 30445263.1

REQUEST TO APPEAR AT MOTION HEARING BY TELEPHONE