UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE SILVIA, et al., | Case No. 15-cv-04677-JSC |
| Plaintiffs, | |
| v. | **PRETRIAL ORDER NO. 2** |
| VERIZON CALIFORNIA, INC., et al., | |
| Defendants. | |

Following the Case Management Conference on January 19, 2017, IT IS ORDERED THAT:

**I.    CASE MANAGEMENT SCHEDULE:**

A.    The parties shall submit the Model Protective Order or other Stipulated Protective Order by January 27, 2017.

B.    A further Case Management Conference is set for March 30, 2017 at 1:30 p.m.

C.    The Court refers the parties to a magistrate judge for a settlement conference to occur on or before June 16, 2017.

D.    All other deadlines in the Court's Pretrial Order (Dkt. No. 64) remain in place until further order of the Court.

**II.    DISCOVERY:**

A.    The Court adopts the parties' proposals regarding discovery, including limitations on the content of and deadline to produce privilege logs and limitations and modifications of the discovery rules set forth in the Federal Rules of Civil Procedure.  (*See* Dkt. No. 83 at 8-10.)

**IT IS SO ORDERED.**

Dated: January 20, 2017

1

*Jacqueline Scott Corley*

2           JACQUELINE SCOTT CORLEY
            United States Magistrate Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California